UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLINTON JAY,<br><br>    Defendant. | CASE NO. CR19-134-JCC<br><br>DETENTION ORDER |

<u>Offense charged</u>: Possession of Fentanyl with Intent to Distribute; Forfeiture Allegations

<u>Date of Detention Hearing</u>: July 26, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was not interviewed by Pretrial Services, so his background information is unknown or unverified. His prior criminal record includes previous drug

DETENTION ORDER
PAGE -1

offenses, failures to appear with warrant activity, non-compliance with treatment, criminal conduct while on a suspended sentence or pretrial release, and pending state court charges. Defendant does not have a realistic release plan, and does not contest entry of an order of detention at this time.

2. Defendant poses a risk of nonappearance based on lack of background information, drug use, failures to appear and lack of stable residence. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, commission of offenses and non-compliance while on supervision, pending charges, and drug use.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 26th day of July, 2019.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge