THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLINTON JAY,<br><br>                    Defendant. | CASE NO. CR19-0134-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Clinton Jay's motion to proceed with his sentencing hearing by video conference (Dkt. No. 40). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.      BACKGROUND

Defendant Clinton Jay was arrested for possessing fentanyl with intent to distribute on July 23, 2019 and has been in custody ever since. (*See* Dkt. No. 40 at 1; *see also* Dkt. No. 8.) Mr. Jay pled guilty on February 11, 2020 but he has not been sentenced because the COVID-19 pandemic affected the Court's ability to conduct in-person hearings and Mr. Jay declined to consent to a remote hearing. (*See* Dkt. Nos. 26–29, 31, 32, 35, 36.) Mr. Jay now moves to proceed with a remote sentencing hearing on December 16, 2020. (*See* Dkt. No. 40 at 2.)

## II. DISCUSSION

Delaying Mr. Jay's sentencing would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20. Under General Order 15-20, in-person proceedings will not resume until at least January 1, 2021. *See* W.D. Wash. General Order 15-20. Delaying Mr. Jay's sentencing by at least several more weeks will cause serious harm to the interests of justice because Mr. Jay has a strong interest in the speedy resolution of this matter after pleading guilty more than nine months ago.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant Clinton Jay's motion to proceed with his sentencing hearing on December 16, 2020 by video conference (Dkt. No. 40).

DATED this 7th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE