THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>CLINTON JAY,<br><br>  Defendant. | CASE NO. CR19-0134-JCC<br><br>AMENDED ORDER |

This matter comes before the Court on the parties' joint motion to continue sentencing (Dkt. No. 43).[1] The Court granted Mr. Jay's motion to proceed with his sentencing hearing by video conference on December 7, 2020. (*See* Dkt. No. 42.) The next day, Mr. Jay moved to continue the sentencing because he has tested positive for COVID-19 and is isolated in a portion of the Federal Detention Center that does not allow him to access video conferencing equipment. (*See* Dkt. No. 43.) Mr. Jay prefers to proceed with his sentencing hearing by video conference rather than by telephone conference. (*See id.* at 2.) Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and

---

[1] Although the motion is signed by only defense counsel, defense counsel represents that the motion is a joint motion. (*See* Dkt. No. 43.) Further, counsel for the Government contacted the Court's Courtroom Deputy requesting the same relief. Under these circumstances, the Court will treat the motion as a stipulated motion. In the future, however, both parties should sign joint or stipulated motions. *See* W.D. Wash. Electronic Filing Procedures, Section III.L.

AMENDED ORDER
CR19-0134-JCC
PAGE - 1

1  CONTINUES Mr. Jay's video sentencing hearing to December 30, 2020 at 9:00 a.m.

2  DATED this 9th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

AMENDED ORDER
CR19-0134-JCC
PAGE - 2